## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

March 4, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

Re: Sun Healthcare Group, Inc., et. al. v. Health Care Capital Consolidated Inc., et al., C.A. No. 04-1427 (GMS)

Dear Judge Sleet:

Attached is the Scheduling Order requested by Your Honor at our scheduling conference last week. I write to call Your Honor's attention to paragraph 6, entitled "Status/Settlement Conference." I have included this paragraph because it is on Your Honor's form scheduling order. However, I do not believe Your Honor gave us a date for such a conference during our scheduling conference last week, so I have left the date blank in paragraph 6.

Additionally, my notes reflect that Your Honor set a three day trial commencing on January 11, 2006, but I do not believe that we discussed what time the trial would commence. For Your Honor's convenience, I have tentatively inserted 9:30 a.m., but I will gladly send over a revised Scheduling Order if Your Honor would like to start trial at a different time.

I have consulted with Mr. Aiken for the defendants about the contents of the Scheduling Order before submitting it and I understand that we are in agreement as to its form.

Respectfully submitted,

Russell C. Silberglied

RCS/lam
Attachment
cc: John D. Demmy, Esq. (via facsimile)
    Leighton Aiken, Esq. (via facsimile)
    Anne Shea Gaza, Esq.

RLF1-2847771-1