IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN HEALTHCARE GROUP, INC. and SUNBRIDGE HEALTHCARE CORPORATION, : : : | Civil Action No.: 04-1427(GMS) |
| Plaintiffs, : : | Jury Trial Demanded |
| v. : : | |
| HEALTH CARE CAPITAL CONSOLIDATED, INC. and HEALTH CARE CAPITAL, INC., : : : | |
| Defendants. : | |

### CERTIFICATION OF SERVICE

I hereby certify that on March 4, 2005, I caused to be hand delivered to and electronically filed the Scheduling Order with the Clerk of Court using CM/ECF which will send notifications of such filing(s) to the following:

John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
Eighth Floor, Suite 800
Wilmington, Delaware 19801

I hereby certify that on March 4, 2005, I mailed via Federal Express the document(s) to the following non-registered participants:

Leighton Aiken, Esq.
Owens, Clary & Aiken, L.L.P.
700 North Pearl Street, Suite 1600
Dallas, TX 75201

Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Gaza@rlf.com

RLF1-2848043-1