RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE S GAZA

DIRECT DIAL NUMBER
302-651-7539
Gaza@RLF COM

March 18, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

> Re:    **Sun Healthcare Group, Inc., et. al. v. Health Care Capital**
>        **Consolidated Inc., et al., C.A. No. 04-1427 (GMS)**

Dear Judge Sleet:

As per Your Honor's request, attached please find a revised Scheduling Order incorporating the requested changes. We have also provided a blackline version for ease of reference.

Please do not hesitate to contact me with any questions.

Respectfully submitted,

Anne S. Gaza

ASG/lam
Attachment
cc:    John D. Demmy, Esq. (via facsimile)
       Leighton Aiken, Esq. (via facsimile)
       Russell C. Silberglied, Esq.