IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUN HEALTHCARE GROUP, INC., et al., | ) | Case No. 99-3657 (JHW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| SUN HEALTHCARE GROUP, INC., and SUNBRIDGE HEALTHCARE CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. Action No. 04-CV-1427 |
| | ) | |
| HEALTH CARE CAPITAL CONSOLIDATED INC., and HEALTH CARE CAPITAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

Please take notice that on March 23, 2005, the undersigned counsel caused a copy of Plaintiffs Sun Healthcare Group, Inc. and SunBridge Healthcare Corporation's Second Set Of Interrogatories Directed To Defendants to be served on counsel of record for Plaintiffs as follows:

**Via Hand Delivery**
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, Delaware 19801

-and-

**Via First Class Mail**
Leighton Aiken, Esquire
Owens, Clary & Aiken, L.L.P
700 North Pearl Street
Suite 1600
Dallas, Texas 75201

RLF1-2854464-2

Dated: March 23, 2005
      Wilmington, Delaware

/s/ Russell C. Silberglied
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
Kimberly D. Newmarch (No. 4340)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington DE 19899
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

Attorneys for Sun Healthcare Group, Inc. and
SunBridge Healthcare Corporation

2

RLF1-2854464-2