**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUN HEALTHCARE GROUP, INC. and SUNBRIDGE HEALTHCARE CORPORATION, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1427-GMS |
| HEALTH CARE CAPITAL CONSOLIDATED, INC. and HEALTH CARE CAPITAL, INC., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **5th** day of **April, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, April 21, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, May 5, 2005 at 9:00 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE