UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUN HEALTHCARE GROUP, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| SUN HEALTHCARE GROUP, INC. and | ) | C.A. No. 04-1427 (GMS) |
| SUNBRIDGE HEALTHCARE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | (Bankruptcy # 99-3657) |
| | ) | |
| against | ) | |
| | ) | |
| HEALTH CARE CAPITAL CONSOLIDATED, | ) | |
| INC. and HEALTH CARE CAPITAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that (i) *Defendants' Supplemental Response to Plaintiffs' First Request for Production of Documents, First Set of Interrogatories and First Requests to Admit Directed to Defendants*, and (ii) *Defendants' Response to Plaintiffs Sun Healthcare Group, Inc. and Sunbridge Healthcare Corporation's Second Set of Interrogatories Directed to Defendants* were served, via hand delivery, upon counsel of record for the Plaintiffs, identified below, on April 22, 2005:

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801

SL1 534892v1/14315.001

DATED: April 20, 2005

STEVENS & LEE, P. C.

By: /s/ *John D. Demmy*
John D. Demmy (No. 2802)
1105 North Market Street
7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Facsimile: (610) 371-8515
Email: jdd@stevenslee.com

-and-

OWENS, CLARY & AIKEN, L.L.P.
Leighton Aiken
700 North Pearl Street, Suite 1600
Dallas, Texas 75201
(214) 698-2100 (telephone)
(214) 698-2121 (facsimile)
E-Mail: laiken@flash.net

*Attorneys for Health Care Capital, Inc and Health Care Capital Consolidated, Inc.*