## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, a true and correct copy of the foregoing *NOTICE OF SERVICE* was served by hand delivery, on counsel of record for the Plaintiff identified below:

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801

/s/ John D. Demmy
John D. Demmy

3

SL1 534892v1/14315.001