IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN HEALTHCARE GROUP, INC. and SUNBRIDGE HEALTHCARE CORPORATION, | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 04-1427-GMS |
| HEALTH CARE CAPITAL CONSOLIDATED, INC. and HEALTH CARE CAPITAL, INC., | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **2nd** day of **May, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, May 5, 2005 at 9:00 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE