IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | | |
| ) | | |
| SUN HEALTHCARE GROUP, INC., *et al.*, ) | | |
| ) | | |
| Debtors. ) | | |
| ) | | |
| ———————————————— ) | | |
| ) | | |
| SUN HEALTHCARE GROUP, INC. and ) | C.A. No. 04-1427 (GMS) | |
| SUNBRIDGE HEALTHCARE ) | | |
| CORPORATION, ) | | |
| ) | | |
| Plaintiffs, ) | (Bankruptcy # 99-3657) | |
| ) | | |
| against ) | | |
| ) | | |
| HEALTH CARE CAPITAL CONSOLIDATED, ) | | |
| INC. and HEALTH CARE CAPITAL, INC., ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by Plaintiffs Sun Healthcare Group, Inc. and SunBridge Healthcare Corporation, Inc. and Defendants Health Care Capital Consolidated, Inc. and Health Care Capital, Inc., acting by and through their respective attorneys of record, that all claims asserted or which could have been asserted herein are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: May 10, 2005.

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Russell C. Silberglied
Russell C. Silberglied (No. 3462)

One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700 (telephone)
(302) 651-7701 (facsimile)

ATTORNEYS FOR PLAINTIFFS SUN
HEALTHCARE GROUP, INC AND
SUNBRIDGE HEALTHCARE CORPORATION,
INC.

2

STEVENS & LEE, P.C.

By: _____
John D. Demmy (#2802)

1105 Market Street, Seventh Floor
Wilmington, Delaware 19801
(302) 425-3308 (telephone)
(302) 654-5181 (facsimile)
E-Mail: jdd@stevenslee.com

- and -

OWENS, CLARY & AIKEN, L.L.P.
Leighton Aiken
700 North Pearl Street, Suite 1600
Dallas, Texas 75201
(214) 698-2100 (telephone)
(214) 698-2121 (facsimile)
E-Mail: laiken@flash.net

ATTORNEYS FOR DEFENDANTS HEALTH
CARE CAPITAL, INC AND HEALTH CARE
CAPITAL CONSOLIDATED, INC.

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN HEALTHCARE GROUP, INC. and SUNBRIDGE HEALTHCARE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE CAPITAL CONSOLIDATED, INC. and HEALTH CARE CAPITAL, INC., <br><br> Defendants. | : <br> : <br> :    Civil Action No.: 04-1427(GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATION OF SERVICE

I hereby certify that on May 11, 2005, I caused to be hand delivered to and electronically filed the Stipulation of Dismissal with the Clerk of Court using CM/ECF which will send notifications of such filing(s) to the following:

John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
Eighth Floor, Suite 800
Wilmington, Delaware 19801

I hereby certify that on May 11, 2005, I mailed via First Class Mail the document(s) to the following non-registered participants:

Leighton Aiken, Esq.
Owens, Clary & Aiken, L.L.P.
700 North Pearl Street, Suite 1600
Dallas, TX 75201

*/s/ Russell C. Silberglied*
Russell C. Silberglied (#3462)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Silberglied@rlf.com

RLF1-2874561-1